NUMBER 13-00-173-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



APACHE PRESS WERKS, INC., D/B/A 

APACHE PRESS WERKS, APACHE PRESS, 

AND APACHE, Appellant, 



v. 



SAMUEL BINGHAM COMPANY, Appellee. 

____________________________________________________________________ 



On appeal from the County Court at Law No. One 

of Dallas County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, APACHE PRESS WERKS, INC., D/B/A APACHE PRESS WERKS, APACHE
PRESS, AND APACHE, perfected an appeal from a judgment entered by County
Court at Law No. One of Dallas County, Texas, in cause number CC-99-6797-A. After the record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that the parties have entered into a
written settlement of this cause, and appellant no longer wishes to pursue this appeal.
Appellant requests that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss
the appeal, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 28th day of April, 2000.